### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No.:   13-cv-1033-CMA-BNB

**JIM MEINING,**

      **Plaintiff,**

**v.**

**VIKING CLIENT SERVICES, INC., a Minnesota Corporation**

      **Defendant**

---

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

**COMES NOW** the Plaintiff, by and through his undersigned attorney, notifying this Honorable Court that the parties have settled all issues of this case.  Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i) the Plaintiff dismisses this case with prejudice.  The parties each shall pay their own attorney fees and costs.

May 23, 2013

                                      Respectfully submitted,

                                      _s/Troy D. Krenning_
                                      **Troy D. Krenning, Esq.**
                                      Gookin, Krenning and Associates, LLC
                                      770 N Lincoln Avenue
                                      Loveland, Colorado 80537
                                      (970) 292-8290
                                      (888) 465-8045
                                      **Attorney for Plaintiff**